IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JAMES A. WRIGHT                                                                                                   PLAINTIFF

v.                                           Case No. 1:24-cv-1034

BILL SCHAEFFER, Detective, Magnolia
Police Department, *et al*.                                                                                    DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Christy D. Comstock, United States Magistrate Judge for the Western District of Arkansas. ECF No. 8. Upon preservice screening of Plaintiff's pro se complaint pursuant to 28 U.S.C. § 1915A(a), Judge Comstock recommends that Plaintiff's Amended Complaint (ECF No. 5) be dismissed without prejudice for failure to state a cognizable claim. Judge Comstock further recommends that the Clerk be directed to plaint a strike flag on this case pursuant to 28 U.S.C. § 1915(g) for future judicial consideration.

Plaintiff has not objected to the R&R, and the time to do so has passed. See 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Comstock's reasoning is sound, the Court adopts the R&R (ECF No. 8) in toto. Plaintiff's Amended Complaint (ECF No. 5) is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk is hereby **directed** to place a strike flag of this case pursuant to 28 U.S.C. § 1915(g) for future judicial consideration.

**IT IS SO ORDERED**, this 29th day of July, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge